# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **3:19-CR-00112-K-5** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RICHARD LAWRENCE GREEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

Currently, Richard Lawrence Green is on pretrial release and his travel is restricted to the Northern District of Texas and Southern District of Florida.  Mr. Green requests permission to travel to Kentucky for the Thanksgiving holiday on Allegiant Airlines flight #711 on Wednesday, November 24, 2021, and returning on Allegiant Airlines flight #687 on Monday, November 29, 2021.  While in Kentucky he will be staying at the Ramada by Wyndham Shelbyville/Louisville East, 251 Breighton Circle, Shelbyville, KY 40065.

The undersigned has conferred with the government and it has no opposition to this motion.

WHEREFORE, Richard Green respectfully requests this Court for permission to travel out of the district.

Respectfully submitted,


/s/ Franklyn Mickelsen
Franklyn Mickelsen
TX Bar No. 14011020
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
mick@texascrimlaw.com

Attorney for Defendant
Richard Lawrence Green

## CERTIFICATE OF CONFERENCE

I, Franklyn Mickelsen, hereby certify that I conferred with Christopher Fenton of

the United States Attorney's Office on September 22, 2021, and he is UNOPPOSED.


/s/ Franklyn Mickelsen
Franklyn Mickelsen

## <u>CERTIFICATE OF SERVICE</u>

I, Franklyn Mickelsen, certify that on September 22, 2021, I caused the foregoing document to be served by electronic filing on all counsel of record.

<u>/s/ Franklyn Mickelsen</u>
Franklyn Mickelsen