**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **3:19-CR-00112-K-5** |
| | ) | |
| v. | ) | |
| | ) | |
| **RICHARD LAWRENCE GREEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

After considering Defendant's Unopposed Motion for Permission to Travel Out of the District, said request is this 23rd day of September, 2021 GRANTED.

ORDERED that defendant, Richard Lawrence Green, is allowed to travel to Kentucky from November 24, 2021 through November 29, 2021.

_____
U.S. MAGISTRATE JUDGE