UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| | ) | |
| Plaintiff, | ) | 3:19-CR-00112-K-5 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD LAWRENCE GREEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

Currently, Richard Lawrence Green is on pretrial release and his travel is restricted to the Northern District of Texas and Southern District of Florida.  Mr. Green requests permission to travel to Kentucky for the Thanksgiving holiday on Allegiant Airlines flight #404 on Thursday, November 24, 2022, and returning on Allegiant Airlines flight #393 on Monday, November 28, 2022.  While in Kentucky he will be staying at the Country Inn and Suites, 1241 Kentucky Mills Rd., Louisville, KY 40299.

The undersigned has conferred with the government and it has no opposition to this motion.

WHEREFORE, Richard Green respectfully requests this Court for permission to travel out of the district.

Respectfully submitted,


<u>/s/ Franklyn Mickelsen</u>
Franklyn Mickelsen
TX Bar No. 14011020
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
mick@texascrimlaw.com

Attorney for Defendant
Richard Lawrence Green

## **CERTIFICATE OF CONFERENCE**

I, Franklyn Mickelsen, hereby certify that I conferred with Christopher Fenton of the United States Attorney's Office on October 24, 2022, and he is unopposed to this motion.

/s/ Franklyn Mickelsen
Franklyn Mickelsen

## **CERTIFICATE OF SERVICE**

      I, Franklyn Mickelsen, certify that on October 25, 2022, I caused the foregoing document to be served by electronic filing on all counsel of record.

/s/ Franklyn Mickelsen
Franklyn Mickelsen
