# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| Plaintiff, | ) | 3:19-CR-00112-K-5 |
| v. | ) | |
| RICHARD LAWRENCE GREEN, | ) | |
| Defendant. | ) | |

## ORDER

After considering Defendant's Unopposed Motion for Permission to Travel Out of the District, said request is this 27th day of October, 2022 GRANTED.

ORDERED that defendant, Richard Lawrence Green, is allowed to travel to Kentucky from November 24, 2022 through November 28, 2022.

U.S. MAGISTRATE JUDGE